UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KRISTIN D. CHAVIS )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>)<br>AMERICAN HONDA MOTOR CO, INC., )<br>HONDA R&D AMERICAS, INC., HONDA )<br>NORTH AMERICA, INC., HONDA MOTOR CO, )<br>LTD, HONDA OF CANADA MANUFACTURING)<br>*d/b/a Honda of Canada, Inc.*, HONDA R&D, INC., )<br>DAICEL SAFETY SYSTEMS, INC, DAICEL )<br>PYROTECHNICS, LTD, DAICEL SAFETY )<br>SYSTEMS AMERICA, LLC, SPECIAL )<br>SERVICES INCORPORATED, DAICEL SAFETY )<br>SYTEMS AMERICA ARIZONA, INC., DAICEL )<br>SAFETY SYSTEMS AMERICAN HOLDINS, INC)<br>DAICEL CORPORATION, DAICEL SAFETY )<br>TECHNOLOGIES AMERICA, INC., DAICEL )<br>SAFETY TUBE PROCESSING, INC., DAICEL )<br>AMERICAL HOLDINGS, INC., TEAM )<br>CHEVROLET OF SWANSBORO, INC, )<br>LEJEUNE MOTOR COMPANY, COX FAMILY )<br>AUTOMOTIVE, INC., and SAMMY'S AUTO )<br>SALES, INC. )<br>       Defendants. ) | **JUDGMENT**<br><br>No. 7:19-CV-153-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of plaintiffs' motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 23, 2019, more particularly described therein, that plaintiff's motion to remand is granted and that this case is remanded to Robeson County Superior Court, North Carolina for further proceedings.

**This Judgment Filed and Entered on October 23, 2019, and Copies To:**
Noah Breen Abrams (via CM/ECF Notice of Electronic Notification)
Patrick James Cleary (via CM/ECF Notice of Electronic Notification)
Jeffrey D. Keister (via CM/ECF Notice of Electronic Notification)
William W. Pollock / Amie Carol Sivon (via CM/ECF Notice of Electronic Notification)
The Honorable Shelena Smith (via U.S. Mail at Robeson County Clerk of Superior Court, P. O. Box 1084, Lumberton, NC 28359)

October 23, 2019                  PETER A. MOORE, JR., CLERK
                                           /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk